NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**APPLE INC.,**
*Appellant*

**v.**

**MASIMO CORPORATION,**
*Appellee*

———————————

2025-1217

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00634.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                           APPLE INC. V. MASIMO CORPORATION

(2)  Each side shall bear their own costs.


                                          FOR THE COURT



April 21, 2025
   Date                              Jarrett B. Perlow
                                     Clerk of Court


**ISSUED AS A MANDATE:** April 21, 2025